UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | C-06-446 |
| | § | CIVIL ACTION ~~C-07-213~~ |
| *versus* | § | (Claim: C99-27334) |
| | § | |
| CANDACE I RACKLEY, | § § | |
| Defendant | § § | |

## Order for Substituted Service

On the motion of the United States, the service of the summons with the complaint shall be by (a) securely posting the summons and complaint on the front door of Rackley's usual place of abode at 5309 W Riverview Street, Robstown, Texas 78380, or by leaving it with someone 21 years of age or older, and (b) by sending it regular mail to debtor.

Signed _____ 6-22 , 2007 at Corpus Christi, Texas.

_____
United States District Judge